# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GENGER COSSICH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2517** |
| **FAT CATZ MUSIC CLUB, INC.** | **SECTION "E" (4)** |

## SHOW CAUSE ORDER

Plaintiff(s) Genger Cossich represents that service has been made upon defendant(s) Fat Catz Music Club, Inc.[1] The record reflects that no responsive pleadings have been filed by said defendant(s).

Accordingly,

**IT IS ORDERED** that the plaintiff(s) move for entry of default against said defendant(s) under Rule 55 of the Federal Rules of Civil Procedure or show good cause in writing within 20 days why these defendant(s) should not be dismissed for failure to prosecute. If counsel for the plaintiff(s) fails to move for entry of default or show good cause **in writing**, the aforementioned defendant(s) will be dismissed without prejudice for failure to prosecute without further notice in accordance with Rule 16(f) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 14th day of October, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 4