**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**GENGER COSSICH,**                                        **CIVIL ACTION**
    **Plaintiff**

**VERSUS**                                                          **NO.  22-2517**

**FAT CATZ MUSIC CLUB, INC.,**                    **SECTION: "E" (4)**
    **Defendant**

### ORDER

**IT IS ORDERED** that a telephone status conference is scheduled for **Wednesday, November 16, 2022, at 11:00 a.m.** The Court will provide all counsel with the instructions to participate in the conference.

**New Orleans, Louisiana, this 10th day of November, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**